**Copyrights-In-Suit for IP Address 205.178.38.95**

**ISP:** RCN Corporation
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girl Like You | PA0001827006 | 02/12/2013 | 02/21/2013 | 02/16/2013 |
| A Wonderful World | PENDING | 05/27/2013 | 06/17/2013 | 06/16/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/16/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/15/2013 |
| Aspirations | PA0001834669 | 04/10/2013 | 04/12/2013 | 04/14/2013 |
| Back to Bed | PENDING | 06/08/2013 | 06/18/2013 | 06/16/2013 |
| Being Me | PA0001802560 | 08/15/2012 | 08/21/2012 | 09/12/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/09/2012 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/26/2013 |
| Constance Aaron X–Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 03/05/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 10/05/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/10/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/14/2013 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 04/25/2012 |
| Good Morning Baby | PENDING | 06/04/2013 | 06/18/2013 | 06/16/2013 |
| Happy Birthday Capri | PENDING | 05/24/2013 | 06/17/2013 | 06/16/2013 |
| Heavenly Brunettes | PA0001780766 | 03/07/2012 | 03/14/2012 | 03/09/2012 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/12/2012 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 11/03/2012 |
| Jumping on the Bed | PA0001833298 | 03/12/2013 | 04/01/2013 | 03/15/2013 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 03/05/2012 |
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 04/23/2012 |
| Marry Me | PENDING | 05/25/2013 | 06/18/2013 | 06/16/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 04/26/2013 |
| Only Lorena | PENDING | 06/02/2013 | 06/18/2013 | 06/16/2013 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 04/01/2012 |
| Pretty Babies | PA0001835953 | 04/05/2013 | 04/29/2013 | 04/14/2013 |
| Red Hot Summer | PA0001780469 | 09/23/2011 | 03/10/2012 | 04/25/2012 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/07/2013 |
| Rolling in the Sheets | PENDING | 06/01/2013 | 06/17/2013 | 06/16/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/10/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 04/25/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 01/28/2013 |
| Sweetest Dreams | PA0001820194 | 01/04/2013 | 01/08/2013 | 01/06/2013 |

EXHIBIT B

NIL97

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Teenage Dream | PA0001791491 | 05/29/2012 | 06/01/2012 | 11/03/2012 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 04/29/2012 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 04/25/2012 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/26/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/13/2012 |
| Time to Go | PA0001780771 | 03/14/2012 | 03/10/2012 | 03/18/2012 |
| Together at Last | PENDING | 05/18/2013 | 06/16/2013 | 05/22/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/25/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |
| White Hot | PA0001800472 | 08/02/2012 | 08/05/2012 | 09/12/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/30/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  45**

EXHIBIT B

NIL97