**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. <u>1:13-cv-04963</u> |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 205.178.38.95, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING PLAINTIFF'S MOTION**
**TO SEAL EXHIBIT C TO THE COMPLAINT [CM/ECF 1-3]**

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Seal Exhibit C to the Complaint [CM/ECF 1-3] (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. The clerk is ordered to seal Plaintiff's Exhibit "C" of the Complaint [CM/ECF 1-3].

**DONE AND ORDERED** this ___ day of _____, 2013.

By: _____
**UNITED STATES DISTRICT JUDGE**