IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 13 cv 4963 |
| | ) | |
| vs | ) | Judge Holderman |
| | ) | |
| JOHN DOE, subscriber assigned IP address 205.178.38.95 | ) ) ) | |
| | ) | |
| Defendant | ) | |

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on**, September 24, 2013 at 9:00 am,** or as soon thereafter as I may be heard, I shall appear before the Honorable James F. Holderman or any judge sitting in his stead in **Courtroom 2141** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** TO SEAL EXHIBIT C

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2013, I provided service to the person or persons listed above by the following means: CM/ECF

Signature: __/s/ Mary K. Schulz                    Date:  September 18, 2013

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510