IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 205.178.38.95,

        Defendant.

Civil Action No. 1:13-cv-04963
Judge James F. Holderman

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 205.178.38.95. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 24, 2013

        Respectfully submitted,

        By:    /s/ *Mary K. Schulz*
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October _24___, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Mary K. Schulz*_____
      Mary K. Schulz